# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 48 MM 2015
                                          :
                Respondent           :
                                          :
                                          :
                                          :
                v.                   :
                                          :
                                          :
                                          :
WILLIAM GEORGE RABATIN,                    :
                                          :
                Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.